IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LATISHA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 6:23-cv-263-ADA-DTG |
| ) | |
| PACKAGING CORPORATION OF ) | |
| AMERICA, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL WITH PREJUDICE

This matter has come before the Court on the parties' Joint Stipulation of Dismissal with Prejudice filed by the parties hereto (ECF No. 41), and the Court having considered the same and being otherwise duly advised in the premises, now finds that said Joint Stipulation should be approved and the case dismissed, with prejudice.

**IT IS THEREFORE ORDERED** that the above-captioned cause of action is **HEREBY DISMISSED WITH PREJUDICE** in its entirety, including all claims that were brought or that could have been brought as to all parties, and each party shall bear its own fees, costs, and expenses.

**IT IS FURTHER ORDERED** that the Clerk of the Court is respectfully directed to **CLOSE** the case.

**SO ORDERED AND SIGNED** on this 28th day of January, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE